United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christa Maria Gross  
    Debtor

Case No. 14-11801-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: YvetteWD   Page 1 of 2   Date Rcvd: May 15, 2019  
                      Form ID: 138NEW   Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.

```
db           +Christa Maria Gross,    221 Marilyn Drive,    Hatboro, PA 19040-1709
cr           +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13260608     +Abington Memorial Hospital,    2510 Maryland Road, Suite 200,    Willow Grove, PA 19090-1135
13260609     +Caliber Home Loans,    C/O Richard M. Squire Associates, LLC,    115 West AVenue,
               Jenkintown, PA 19046-2031
13260610     +Chase Home Mortgage,    P.O. Box 78035,    Phoenix, AZ 85062-8035
13260611     +Fia Card Service,    C/Op Mercantile Adjsutment Bureau, LLC,    P.O. Box 9055,
               Williamsville, NY 14231-9055
13260612     +Genesis Healthcare,    Garden Spring Center,    1113 North Easton Road,
               Willow Grove, PA 19090-1901
13375130     +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13390882     +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13278493     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13260613     +Pnc Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
13260614     +Sears Credit Cards,    Po Box 183081,    Columbus, OH 43218-3081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:45
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13294868      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 08:09:29
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13302515     +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 15 2019 08:19:36     Caliber Home Loans, Inc.,
               13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr*          +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:

```
          ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          CAROL B. MCCULLOUGH    on behalf of Debtor  Christa Maria Gross mcculloughheisenberg@gmail.com,
           cbmccullough64@gmail.com
          JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           paeb@fedphe.com
          KEVIN M. BUTTERY    on behalf of Creditor    Caliber Home Loans, Inc. kbuttery@rascrane.com
          KEVIN P. DISKIN    on behalf of Creditor    Caliber Home Loans, Inc. lcolwell@squirelaw.com
```

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2                   Date Rcvd: May 15, 2019
                              Form ID: 138NEW            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG     on behalf of Creditor   Caliber Home Loans, Inc. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christa Maria Gross

    Debtor(s)

Bankruptcy No: 14–11801–amc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/14/19

54 – 53
Form 138_new