United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-11801-amc
Christa Maria Gross                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1           Date Rcvd: Jun 21, 2019
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db             +Christa Maria Gross,   221 Marilyn Drive,   Hatboro, PA 19040-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        paeb@fedphe.com
      ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
      CAROL B. MCCULLOUGH    on behalf of Debtor Christa Maria Gross mcculloughheisenberg@gmail.com,
        cbmccullough64@gmail.com
      JEROME B. BLANK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        paeb@fedphe.com
      KEVIN M. BUTTERY    on behalf of Creditor    Caliber Home Loans, Inc. kbuttery@rascrane.com
      KEVIN P. DISKIN    on behalf of Creditor    Caliber Home Loans, Inc. lcolwell@squirelaw.com
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Caliber Home Loans, Inc. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                     TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Christa Maria Gross                                    : Case No. 14–11801–amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , June 21, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court